UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCAS HEINRICH JOACHIM BUHLMANN, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendant(s). | CASE NO. C26-0591-KKE<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Plaintiffs Lucas Heinrich Joachim Buhlmann and Miriam Buhlmann have notified the Court of their intent to dismiss this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A). Dkt. No. 6. Accordingly, this matter is DISMISSED without prejudice and the clerk is directed to administratively close this case.

Dated this 13th day of March, 2026.

Kymberly K Evanson
_____
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1